*Note: Decisions of a three-justice panel are not to be considered as precedent before any tribunal.*

## ENTRY ORDER

SUPREME COURT DOCKET NO. 2013-058

NOVEMBER TERM, 2013

| | | |
|---|---|---|
| Dwayne Calloway | } | APPEALED FROM: |
| | } | |
| | } | Superior Court, Caledonia Unit, |
| v. | } | Civil Division |
| | } | |
| | } | |
| Andrew Pallito, Commissioner of | } | DOCKET NO. 268-10-12 Cacv |
| Department of Corrections | } | |

Trial Judge: Mary M. Teachout

In the above-entitled cause, the Clerk will enter:

Petitioner Dwayne Calloway appeals from the denial of his petition for a writ of habeas corpus. Petitioner raises the same arguments that this Court considered and rejected in State v. Cuomo, 2013 VT 101, __ Vt. __. For the reasons set forth in Cuomo, we affirm the trial court's decision in this case.

Affirmed.

BY THE COURT:

_____
John A. Dooley, Associate Justice

_____
Marilyn S. Skoglund, Associate Justice

_____
Geoffrey W. Crawford, Associate Justice